PAULINO GARCIA, Respondent, v. JOHN B. RODRIGUEZ, Appellant.— Judgment affirmed, with costs. Memorandum: In view of defendant's letters acknowledging the debt and promising to pay it and of the flimsy character of the defenses interposed by him, the court correctly found that there was no substantial question of fact to be determined. Under these circumstances, the motion was properly granted. All concur. (The summary judgment is for plaintiff in an action to

recover money loaned.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.